159 A.3d 370

IN THE MATTER OF CHRISTIE–LYNN NICHOLSON, AN ATTORNEY AT LAW (ATTORNEY NO. 025901999)

MAY 3, 2017

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20-3(g)(4) and *Rule* 1:20-11, seeking the immediate temporary suspension from practice of **CHRISTIE-LYNN NICHOLSON** of **PAULSBORO,** who was admitted to the bar of this State in 2000, and good cause appearing;

It is ORDERED that **CHRISTIE-LYNN NICHOLSON** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **CHRISTIE-LYNN NICHOLSON** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **CHRISTIE-LYNN NICHOLSON** pursuant to *Rule* 1:21-6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **CHRISTIE-LYNN NICHOLSON** comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.